AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Specie, Karen K. | U.S. Bankruptcy Court Northern District of Florida | 05/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Northern District of Florida
110 East Park Ave., Ste 200
Tallahassee, FL 32301

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▓▓▓▓▓▓▓▓ - Real Estate Broker |
| 2. 2018 | ▓▓▓▓▓▓▓▓ - Commercial real estate ownership, rental and management |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Bar Association | 01/17/2018 through 01/19/2018 | Orlando, FL | Educational Seminar | Lodging, Meals, Transportation |
| 2. | Alabama State Bar Association | 06/07/2018 through 06/09/2018 | Destin, FL | Educational Seminar | Lodging, Meals, transportation |
| 3. | Florida Bar Association | 06/13/2018 through 06/15/2018 | Orlando, FL | Educational Seminar | Lodging, Meals, transportation |
| 4. | Florida Bar Association | 08/31/2018 through 09/03/2018 | Bonita Springs, FL | Educational Seminar | Lodging, Meals, Transportation |
| 5. | Northern District of Florida Bankruptcy Bar Association | 09/27/2018 through 09/28/2018 | Panama City Beach, FL | Educational Seminar | Lodging, Meals, Transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Specie, Karen K. | 05/22/2019 |

| 6. | Alabama State Bar Association | 10/10/2018 through 10/11/2018 | Birmingham, AL | Educational Seminar | Lodging, Meals, Transportation |
| --- | --- | --- | --- | --- | --- |
| 7. | Florida Bar Association | 11/07/2018 through 11/09/2018 | Tampa and Miami, FL | Educational Seminar | Lodging, Meals, Transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Specie, Karen K. | 05/22/2019 |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 05/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Renasant Bank | Line of Credit - personal | J |
| 2. | Renesant Bank | Line of Credit - business (Paid off January 12, 2018) | None |
| 3. | American Express | various credit cards | J |
| 4. | Chase | various credit cards | J |
| 5. | Drummond Community Bank | Commericial real estate loan | N |
| 6. | Drummond Community Bank | Line of Credit - personal | L |
| 7. | Drummond Community Bank | Line of Credit- personal | J |
| 8. | Discover | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Renasant Bank - accounts | A | Interest | J | T | | | | | |
| 2. SunTrust Bank - accounts | | None | | | Closed | 01/01/18 | J | | |
| 3. Capital City Bank - checking account (see Part VIII) | | None | J | T | | | | | |
| 4. Note Receivable - Diamond Investment Properties Inc. | E | Interest | N | T | | | | | |
| 5. Vacant Lot 4, Steinhatchee Subd., Taylor Co., FL (see Part. VIII) | | None | | | Sold | 02/01/18 | K | A | |
| 6. ▓▓▓▓▓▓▓▓▓ | D | Distribution | J | U | | | | | |
| 7. ▓▓▓▓▓▓▓▓▓ | | None | J | T | | | | | |
| 8. Farming operation - Alachua Co., FL (See Part VII) | A | Distribution | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. IRA # 1 Farnsley & Johnston | | | | | | | | | |
| 11. -American Growth Fund of Amer | B | Dividend | K | T | | | | | |
| 12. -AMG River Road Div All Cap | B | Dividend | K | T | | | | | |
| 13. -Columbia Contrarian | B | Dividend | K | T | | | | | |
| 14. - Columbia Dividend Income | A | Dividend | J | T | | | | | |
| 15. -Franklin Income Fund Advisor Class | A | Dividend | | | Sold | 07/18/18 | K | A | |
| 16. -John Hancock Disciplined Value Fund Class A | B | Dividend | K | T | | | | | |
| 17. -John Hancock Disciplined Value Mid Cap | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -JP Morgan Small Cap Equity | B | Dividend | K | T | | | | | |
| 19.  -JP Morgan International Value Fund Institutional Class | A | Dividend | J | T | | | | | |
| 20.  -JP Morgan Mid Cap Value Fund Institutional Shares | B | Dividend | K | T | | | | | |
| 21.  -JP Morgan US Equity Fund | D | Dividend | K | T | Sold (part) | 10/24/18 | J | A | |
| 22.  -JP Morgan U.S. Large Cap Core Plus Fund Select Class | C | Dividend | K | T | | | | | |
| 23.  -Lazard Emerging Markets Equity Port Institutional SHS | A | Dividend | J | T | | | | | |
| 24.  -Mainstay Epoch Global Equity Yield Fund Class A | B | Dividend | K | T | Sold (part) | 04/16/18 | J | A | |
| 25.  -MFS International Growth Fund Class 1 | A | Dividend | J | T | | | | | |
| 26.  -MFS Research Fund Class A | B | Dividend | K | T | | | | | |
| 27.  -MFS Utilities Fund Class A | A | Dividend | J | T | | | | | |
| 28.  -Oppenheimer Int'l Sml Mid Co move | B | Dividend | K | T | Sold (part) | 03/19/18 | K | C | |
| 29.  -Principal Small Mid Cap Dividend Income Fund Class P | C | Dividend | K | T | Sold (part) | 02/01/18 | K | C | |
| 30.  -PGIM Jennison Equity (Prev. Prudential Jennison Equity Income Cl Z) | C | Dividend | K | T | | | | | |
| 31.  -PGIM Jennison Mid Cap (Prev. Prudential Jennison Mid Cap) | B | Dividend | J | T | | | | | |
| 32.  -American Europacific Growth Fund CL F2 | A | Dividend | K | T | | | | | |
| 33.  -American Smallcap World Fund CL F2 | B | Dividend | K | T | | | | | |
| 34.  -Cohen & Steers Pref Securities Income I | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -Value Line Small Cap Opport CL INSTL | B | Dividend | J | T | Sold (part) | 01/30/18 | J | A | |
| 36. | -Goldman Sachs Small/Mid Cap Growth Prosp. (H) | C | Dividend | K | T | Buy | 02/02/18 | K | | |
| 37. | -Goldman Sachs Intl Sm Cap Insights (H) | A | Dividend | J | T | Buy | 03/19/18 | J | | |
| 38. | - John Hancock Seaport Long/Short CL I (H) | A | Dividend | K | T | Buy | 07/19/18 | K | | |
| 39. | | | | | | | | | | |
| 40. | IRA #2 Farnsley & Johnston | | | | | | | | | |
| 41. | -Brown Advisory Growth Equity Fund Investor Shares | B | Dividend | J | T | | | | | |
| 42. | -Cohen & Steers Pref. Securities | B | Dividend | J | T | Sold (part) | 04/16/18 | J | A | |
| 43. | | | | | | Sold (part) | 07/19/18 | J | | |
| 44. | -John Hancock Disciplined Value Mid Cap | B | Dividend | J | T | | | | | |
| 45. | -J P Morgan US Large Cap Core (Plus Fund Select Class N/L) | B | Dividend | J | T | | | | | |
| 46. | -J P Morgan Mid Cap Value Fund Institutinoal Shares | A | Dividend | J | T | | | | | |
| 47. | -MFS Research Fund Class A | B | Dividend | J | T | | | | | |
| 48. | -Oppenheimer Dev Markets | A | Dividend | J | T | | | | | |
| 49. | -Swan Defined Risk Fund | A | Dividend | K | T | | | | | |
| 50. | -Value Line Small Cap | B | Dividend | J | T | | | | | |
| 51. | John Hancock Seaport Long/Short (H) | A | Dividend | J | T | Buy | 07/20/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | | | | |
| 53. VALIC Retirement FICA Alt Plan Acct #: 1934 (H) | | | | | | | | | |
| 54. Vanguard Target Retirement 2020 Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 05/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII- LINE 3 - CAPITAL CITY BANK ACCOUNT IS A CHECKING ACCOUNT AND EARNED NO INTEREST.

PART VII - LINE 8 - FARMING OPERATION (PECANS) HAD $0 INCOME IN 2018.

PART VII - LINE 7 - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. SOLD ITS BIGGEST ASSET, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ LOCATED IN HIGH SPRINGS, FL, IN DECEMBER 2018.

PART VII - LINE 53 - VALIC RETIREMENT ACCOUNT OBTAINED PRIOR TO TAKING THE BENCH. THIS ACCOUNT WAS MISTAKENLY OMITTED FROM PREVIOUS REPORTS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen K. Specie**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544